# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**PAMELA LYLES DRUMMOND**                                                    **PLAINTIFF**

**V.**                              **CASE NO. 4:15-CV-00731 JM/BD**

**LOCAL 704 AMALGAMATED TRANSIT UNION, et al.**           **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Defendant Claudia Hudson's motion to dismiss (#8) is GRANTED, and Pamela Lyles Drummond's claims against Defendant Hudson are DISMISSED, with prejudice.

IT IS SO ORDERED, this 12th day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE