IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**PAMELA LYLES DRUMMOND**                                   **PLAINTIFF**

V.                  **CASE NO. 4:15-CV-731-JM-BD**

**LOCAL 704 AMALGAMATED TRANSIT UNION, et al.**       **DEFENDANTS**

**RECOMMENDED DISPOSITION**

**I.**      **Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge James M. Moody Jr. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.**      **Background:**

Plaintiff Pamela Lyles Drummond brings this case under Title VII of the Civil Rights Act of 1964. She claims that Defendant Local 704 Amalgamated Transit Union ("Local 704") discriminated against her because of her race and sex, in violation of the statute. (Docket entry #2 at p. 2)

Judge Moody referred the case to this Court for consideration and recommended disposition. (#11) The Court granted Ms. Drummond's motion to proceed *in forma pauperis* and ordered service on Local 704; the summons for Local 704, however, was returned to the Court unexecuted. (#10)

On April 19, 2016, the Court granted Ms. Drummond an additional thirty (30) days, until May 19, 2016, to provide a valid service address for Defendant Local 704 and to notify the court of the address so that it could be served. Ms. Drummond was notified that her failure to comply with the Court's order within the time allowed could result in dismissal of her claims under Local Rule 5.5. As of the date of this order, Ms. Drummond has not responded to the Court's April 19th Order.

**III.** **Conclusion:**

The Court recommends that Ms. Drummond's claims against Defendant Local 704 Amalgamated Transit Union be DISMISSED, without prejudice, based on her failure to comply with the Court's April 19, 2016 Order.

DATED this 25th day of May, 2016.

_____
UNITED STATES MAGISTRATE JUDGE