# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**PAMELA LYLES DRUMMOND**                                                            **PLAINTIFF**

**V.**                   **CASE NO. 4:15-CV-731-JM**

**LOCAL 704 AMALGAMATED TRANSIT UNION, et al.**           **DEFENDANTS**

### ORDER

The Court has received the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation and Ms. Drummond's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Pamela Lyles Drummond's claims against Defendant Local 704 Amalgamated Transit Union are DISMISSED, without prejudice, based on her failure to comply with the Court's April 19, 2016 Order. The Clerk of Court is directed to close this case.

IT IS SO ORDERED this 14th day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE