# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**PAMELA LYLES DRUMMOND**                                                                 **PLAINTIFF**

**V.**                           **CASE NO. 4:15-CV-731-JM**

**LOCAL 704 AMALGAMATED TRANSIT UNION, et al.**             **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 14th day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE